FILED
December 23, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KRISTY MARIE TAPP, ) <br> ) <br> Defendant. ) | Case No. 2:19-CR-00227-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KRISTY MARIE TAPP</u>, Case No. <u>2:19-CR-00227-MCE</u>, Charge <u>18 USC § 1040.F</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✔ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

  __ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

✔ (Other)<u>Dft shall be released at 9:00 am on 12/26/2019 to Pretrial Services, With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 23, 2019</u> at <u>2:35</u> <u>pm</u>..

By  /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge