| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| | Attorneys for Defendant |
| 6 | KRISTY MARIE TAPP |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  2:19-cr-00227-MCE |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | DATE:  January 9, 2020 |
| KRISTY MARIE TAPP, | TIME:    9:30 a.m. |
| | JUDGE: Hon. Troy L. Nunley |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for January 9, 2020 at 9:30 a.m. be continued to **January 30, 2020 at 9:30 a.m.**  The parties agree and stipulate, and request that the Court find the following:

To date, the government has produced discovery consisting of approximately 183 pages of pdf documents.  Initial discovery was provided to defense counsel on December 18, 2019, and an additional approximately 50 pages of discovery was produced on December 31, 2019.  Defense counsel is in the process of uploading and reviewing the additional discovery.

After reviewing the initial discovery, defense counsel has determined that additional time is needed to evaluate the discovery and evidence, review the discovery with the defendant, and to otherwise prepare the defense case for trial.  Additionally, defense counsel just sent the

government a lengthy and numerous discovery request and the government, having just received the letter, is in the process of reviewing defense counsel's requests. The government is aware of its various discovery obligations pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the Jencks Act, *Brady*, and *Giglio*, and will make inquiries about the various categories of items as necessary in order to comply with its discovery obligations and will produce all discoverable material in the possession of the prosecution team at the appropriate times.

The requested continuance will provide the defense adequate time to evaluate the discovery already received, conduct necessary investigation, and to otherwise prepare for trial, as well as to confer with the government regarding any additional discovery requests.

The parties believe that failure to grant the above-requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the foregoing, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2020 to January 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: January 7, 2020              */s/ Megan T. Hopkins*
                                  MEGAN T. HOPKINS
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  KRISTY MARIE TAPP


                                  MCGREGOR SCOTT
                                  United States Attorney

DATED:  January 7, 2020             */s/ Shelley Weger*
                                  SHELLEY WEGER
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED this 7th day of January, 2020.

                                  Troy L. Nunley
                                  United States District Judge