1  McGREGOR W. SCOTT
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  19-CR-00227 MCE

                        Plaintiff,      ORDER DISMISSING INDICTMENT WITHOUT
12                                      PREJUDICE
                   v.
13
   KRISTY MARIE TAPP,
14
                        Defendant.
15

16
       For the reasons set forth in the motion to dismiss the Indictment filed by the United States, IT IS
17
   HEREBY ORDERED that the Indictment in Case No. 2:19-cr-00227 MCE against defendant KRISTY
18
   MARIE TAPP is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without
19
   prejudice.
20
       IT IS SO ORDERED.
21
   Dated:  February 23, 2021
22

23  _____
    MORRISON C. ENGLAND, JR
24  SENIOR UNITED STATES DISTRICT JUDGE

25

26

27

28